Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN; CRANE and ANDREWS, JJ.

---

SUNRISE STORAGE AND WAREHOUSE CORPORATION, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — automobile truck struck by train at crossing — failure to warn of approach of train.*

*Sunrise Storage & Warehouse Corporation v. N. Y. Central R. R. Co.,* 196 App. Div. 945, affirmed.

(Argued October 12, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to personal property alleged to have been occasioned through the negligence of the defendant. Plaintiff's automobile truck was struck by one of defendant's trains at the Bedford road ׳crossing over the tracks of the Harlem railroad in the village of Pleasantville. It was alleged that the train could not be seen by the chauffeur until it was within 100 feet of the crossing and that warning of its approach was not given.

*John F. Brennan* for appellant.

*Edwin S. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

JOSEPH HUNTLEY, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

*Negligence — railroads — injury to driver of wagon struck by trolley car.*

*Huntley v. Dry Dock, East Broadway & Battery R. R. Co.,* 194 App. Div. 968, affirmed.

(Argued October 13, 1922; decided October 27, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 11, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that defendant was a street railway corporation operating an electric street car system through the streets of the city of New York, and in particular at and near the intersection of Canal and Sullivan streets, borough of Manhattan, city of New York; that on August 18, 1918, while the plaintiff was driving a wagon at or near the intersection of Canal and Sullivan streets, defendant's trolley car was so carelessly and negligently driven that it collided with the wagon, knocking plaintiff from the seat and seriously injuring him; that the accident was caused solely by the negligence of defendant, and that the plaintiff was exercising due care and in no way contributed to the accident.

*James M. O'Neill, Edward A. Maher* and *Alfred T. Davison* for appellant.

*George W. Smyth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

BENJAMIN WEINTRAUB, Respondent, *v.* GUSTAVE E. KRUSE, Appellant.

*Contract — specific performance — real property — when contract to convey real property not void as lacking in mutuality or as too indefinite or ambiguous.*

*Weintraub* v. *Kruse*, 199 App. Div. 940, affirmed.

(Submitted October 13, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract for the sale of real estate which read as follows: